NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: ANDREW G. BODNAR, CHRISTINE M. ZAJ-BODNAR, FRANK H. BUNKER, RICHARD R. CARTER, M. LYNN CARTER, J. THOMAS CONKLIN TRUST, GERARD V. COSGROVE, RUTH COSGROVE, as trustees of the Gerard V. Cosgrove and Ruth Cosgrove Living Trust, MARILYN J. CUNAT, MARC DEL MARIANI, MARY DEL MARIANI, EHRET MICHIGAN TRUST, GEORGE J. GREGULE, JR., VICTORIA JACKSON, aka Victoria Illsen, HYUN S. JYUNG TRUST, ROBERT J. KANE, PATRICIA KANE, FRANK F. LAHR, CHARLOTTE D. LAHR, RICHARD NEUSER, ROBERT S. PANCOAST, PAMELA S. PANCOAST, LEONARD J. SMITH, KAY F. VARGA, aka Kay F. Smith, ROBERT D. MELCHER, MARIA MELCHER, CRAIG D. OKONSKI, CHERIE R. OKONSKI, KENT WERGER, MARGARET WERGER, ROGER B. WILSCHKE, ANN C. WILSCHKE, COUNTRY, L.L.C., L. RICHARD MARZKE, NANCY A. MARZKE, NOTRE DAME PATH CONDOMINIUM ASSOCIATION, HERZL RAGINE, M.D., ELIZABETH S. ERRANT, aka Elizabeth Saphir, BANK ONE, FKA NBD BANK, N.A.,**
*Petitioners*

---

2020-125

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in Nos. 1:00-cv-00379-EMR, 1:00-

cv-00381-EMR, 1:00-cv-00382-EMR, 1:00-cv-00384-EMR, 1:00-cv-00385-EMR, 1:00-cv-00386-EMR, 1:00-cv-00387-EMR, 1:00-cv-00391-PEC, 1:00-cv-00392-EMR, 1:00-cv-00393-EMR, 1:00-cv-00394-EMR, 1:00-cv-00395-EMR, 1:00-cv-00396-EMR, 1:00-cv-00398-EMR, 1:00-cv-00399-EMR, 1:00-cv-00400-EMR, 1:00-cv-00401-EMR, 1:05-cv-01381-EMR, 1:06-cv-00072-EMR, 1:99-cv-04452-EMR, 1:99-cv-04453-EMR, 1:99-cv-04455-EMR, 1:99-cv-04457-EMR, 1:99-cv-04458-EMR, 1:99-cv-44510-EMR, and 1:99-cv-4456-EMR, Judge Eleni M. Roumel.

————————————

## ON PETITION

————————————

Before REYNA, WALLACH, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Petitioners seek a writ of mandamus asking this court to direct the United States to indicate whether it agrees or disagrees with their calculations regarding real estate lost by erosion "and to provide its own calculations if it disagrees without further delay." We find that the petitioners have not demonstrated that they satisfy the standard for mandamus relief at this time.

Accordingly,

IT IS ORDERED THAT:

The petition for writ of mandamus is denied.

FOR THE COURT

May 20, 2020              /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court

s25